Motion GRANTED.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE, *alias*, | ) | |
| | ) | **JURY DEMAND** |
| **Plaintiff,** | ) | |
| | ) | **No: 3:23-cv-00197** |
| v. | ) | |
| | ) | |
| DYLAN CHRISTOPHER ADLER, | ) | |
| | ) | |
| **Defendant.** | ) | |

---

## MOTION TO RELEASE SEALED DOCUMENTS

---

**COMES NOW** Plaintiff by pseudonym "Jane Doe," by and through counsel, Donnavon K. Vasek, and pursuant to the Administrative Order No.: 198, dated July 6, 2018, and moves this Honorable Court to grant an Order releasing a filed copy of the pleadings and any and all Orders including the Sealed Complaint to Counsel for the Plaintiff, for the Clerk to issue the Summons to the Defendant and the Summons to be released to Counsel for the Plaintiff for service of process.

WHEREFORE, Plaintiff respectfully seeks that she be permitted a filed copy of any and all pleadings filed in the aforementioned matter including the Sealed Complaint by and through Counsel, for the Clerk to issue the Summons to the Defendant and the Summons to be released to Counsel for the Plaintiff for service of process.