IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JANE DOE, *alias*, | ) |
|     Plaintiff, | ) JURY DEMAND |
| v. | ) No: 3:23-cv-00197 |
| DYLAN CHRISTOPHER ADLER, | ) |
|     Defendant. | ) |

**AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

I, Donnavon Vasek, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for the Plaintiff in this action.

2. The Complaint was filed on March 3, 2023, and service of process was had on the defendant on June 19, 2023.

3. More than twenty-one (21) days have elapsed since the defendant in this action was served, and the defendant has failed to plead or otherwise defend as provided by the Federal Rule of Civil Procedure.

4. Pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 55.01, proof of service has been filed with this Honorable Court

5. Pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 55.01, as shown by the court record, the opposing party has failed to plead or otherwise defend in case number 3:23-cv-00197.

6. Pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 55.01, the

Defendant is not a minor or an incompetent person.

7. Pursuant to 50 U.S.C. § 3931(b)(1), the Defendant is not the military service. A status from the Defense Manpower Data Center is attached hereto as <u>Exhibit A</u>.

8. The Plaintiff requests a hearing be set before this Honorable Court to determine the amount of damages including but not limited to compensatory damages, punitive damages, and attorney's fees.

        Respectfully submitted,

        /s/ Donnavon Vasek_____
        **DONNAVON K. VASEK, BPR # 034474**
        **VASEK & ROBBINS, PLLC**
        103 West Main Street
        Lebanon, Tennessee 37087
        (615) 549-8909
        dvasek@vrlawtn.com

        *Counsel for Plaintiff Jane Doe*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been sent via the Court's electronic filing system, or, if not registered, sent U.S. Mail, postage prepaid, to:

Dylan Christopher Adler
15213 Asher Court
Siloam Springs, AR 72761

This the 4th day of October, 2023

                                        /s/ Donnavon Vasek_____