> Motion DENIED AS MOOT.
> /s/ [signature]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **JANE DOE**, *alias*, | ) |
|     Plaintiff, | )    **JURY DEMAND** |
| | ) |
| v. | )    No: 3:23-cv-00197 |
| | ) |
| **DYLAN CHRISTOPHER ADLER,** | ) |
|     Defendant. | ) |

## MOTION FOR ENTRY OF DEFAULT

Comes now, **JANE DOE,** *alias,* and hereby requests the Clerk to enter a default against the Defendant, **DYLAN CHRISTOPHER ADLER,** on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Donnavon Vasek
**DONNAVON K. VASEK, BPR # 034474**
**VASEK & ROBBINS, PLLC**
103 West Main Street
Lebanon, Tennessee 37087
(615) 549-8909
dvasek@vrlawtn.com

*Counsel for Plaintiff Jane Doe*