# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, alias, | ] |
| Plaintiff, | ] |
| | ] |
| v. | ] 3:23-CV-00197 |
| | ] |
| DYLAN CHRISTOPHER ADLER, | ] |
| Defendant. | ] |

## AGREED ORDER GIVING THE DEFENDANT AN ADDITIONAL THIRTY (30) DAYS TO ANSWER THE COMPLAINT

It appearing unto the court the parties are in agreement that the defendant shall be allowed an additional thirty (30) days to answer the complaint filed in this matter.

**THEREFRORE, IT IS ORDERED, ADJUDGED and DECREED**, that the defendant shall be allowed thirty (30) days from the entry of this order to answer the complaint in this matter.

_____
**DISTRICT COURT JUDGE**

**APPROVED FOR ENTRY BY:**

**/s/ Gary M. Kellar**
Gary M. Kellar, Esq., BPR# 016170
1300 Division Street, Suite 300
Nashville, Tennessee 37203
(615) 988-9850 – Telephone
(615) 988-8112 – Direct
(615) 988-9847 – Facsimile
gkellar@kellarjohnsonpayne.com
Attorney for Defendant


/s/ Daniel Nesheiwat w/ express permission by Gary M. Kellar
Daniel Nesheiwat, BPR #036142
1224-B Columbia Ave, Suite 10
Franklin, TN 37064
(615) 903-9888 – Telephone
(615) 903-9899 – Facsimile
daniel@neshlawgroup.com
Attorney for Defendant


/s/ Donnavan K. Vasek w/express permission by Gary M. Kellar
Donnovan K. Vasek, BPR #034474
VASEK & ROBBINS, PLLC
103 West Main Street
Lebanon, Tennessee 37087
(615) 549-8909
dvasek@vrlawtn.com
Attorneys for Plaintiff