IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:23-cv-00197 |
| ) | Judge Trauger |
| DYLAN CHRISTOPHER ADLER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The defendant has filed a Memorandum of Law in Support of Defendant's Motion for Stay (Doc. No. 41). There is no pending motion for which this Memorandum has been filed in support. The defendant filed a Motion to Stay on November 28, 2023 (Doc. No. 29), and the court denied it on December 6, 2023 (Doc. No. 33).

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge